# United States Court of Appeals for the Fifth Circuit

———————

No. 23-60283

———————

United States Court of Appeals
Fifth Circuit

**FILED**

August 28, 2024

Lyle W. Cayce
Clerk

WILLIAM H. DURHAM, M.D.,

*Plaintiff—Appellant*,

*versus*

ANKURA CONSULTING GROUP, L.L.C.; JOHN DOES 1-5,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:20-CV-112

———————————————————————

Before WIENER, ELROD, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

　　AFFIRMED. *See* 5TH CIR. RULE 47.6.

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.